UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
MARLA O'BRIEN, INDIVIDUALLY, AND
AS NATURAL GUARDIAN FOR
CONNOR O'BRIEN,
                Plaintiffs,                      07 Civ. 7275 (WCC)

            v.                             DEFENDANT EF INSTITUTE FOR
                                                         CULTURAL EXCHANGE, INC.'S
LOUIS PUBLIC COMPANY LIMITED      RULE 7.1 DISCLOSURE STATEMENT
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
                Defendants.
-----------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, EF Institute for Cultural Exchange, Inc. ("EF"), in the above-captioned action, certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of the stock of EF.

Dated: New York, New York
       November 9, 2007

                                      PADUANO & WEINTRAUB, LLP

                                      By: _____
                                      Jordan D. Becker, Esquire
                                      1251 Avenue of the Americas
                                      Ninth Floor
                                      New York, New York  10020
                                      (212) 785-9100

                                      Attorneys for Defendant,
                                      EF Institute for Cultural Exchange, Inc.
                                      d/b/a EF Educational Tours

- 2 -

Of Counsel:

Jeffrey P. Allen, Esquire
Susan Donaldson Novins, Esquire
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William Street, Suite 130
Wellesley, MA   02481
(781) 237-4400

327066.1.439701.8000

Case 7:07-cv-07275-WCC    Document 6    Filed 11/09/2007    Page 2 of 2