UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

------------------------------------------------------X
MARLA O'BRIEN, INDIVIDUALLY,
AND AS NATURAL GUARDIAN FOR
CONNOR O'BRIEN,
               Plaintiffs,                     Civ. 07-7275 (WCC)

                                         ECF CASE
v.
                                    ORDER FOR ADMISSION
LOUIS PUBLIC COMPANY LIMITED        PRO HAC VICE
and E.F. INSTITUTE FOR CULTURAL      ON WRITTEN MOTION
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
               Defendants.
------------------------------------------------------X

      Upon the motion of Jordan D. Becker, attorney for defendant, E.F. Institute for

Cultural Exchange, Inc., d/b/a EF Educational Tours, and said sponsor attorney's

affidavit in support:


**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Susan Donaldson Novins, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA   02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: _____

is admitted to practice pro hac vice as counsel for defendant, E.F. Institute for Cultural

Exchange, Inc., d/b/a EF Educational Tours, in the above captioned case in the United

States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: White Plains, NY
       Nov. 8, 2007

*William C. Conner*
Senior United States District/~~Magistrate~~ Judge

324791.1.439701.8000