Conner, J

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARLA O'BRIEN INDIVIDUALLY, AND AS MOTHER
AND NATURAL GUARDIAN FOR CONNOR O'BRIEN,

                Plaintiff,                07 CIV 7275 (WCC) (GAY)

        -against-                            **STIPULATION OF & ORDER**
                                                      **DISCONTINUANCE**

LOUIS PUBLIC COMPANY, LIMITED and
EF TRAVEL, INC.,

                Defendants.
----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that all disputes involving Plaintiff MARLA O'BRIEN, INDIVIDUALLY be, and the same is hereby discontinued against the defendants LOUIS PUBLIC COMPANY, LIMITED and EF TRAVEL, INC., with prejudice, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.



NYDOCS1/... USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:

1/30/08

Dated: Chappaqua, New York
       January 28, 2008

LAW OFFICE OF TODD J. KROUNER

*Todd J. Krouner* (signature)

By: Todd J. Krouner (TK0308)
Attorneys for Plaintiffs

93 North Greeley Ave.
Suite 100
Chappaqua, New York, 10514

FREEHILL HOGAN and MAHAR, LLP

(signature)

By: Michael Unger (MU-0075)
Attorneys for Defendant *Louis Public Company, Ltd.*
80 Pine Street
New York, NY 10005

SEEGEL LIPSHUTZ & WILCHINS, P.C.

(signature)

By: Susan Donaldson Novins
Attorneys for Defendant *EF TRAVEL, INC.*
20 William Street, Suite 130
Wellesley, MA 02481
(781) 237-4400


SO ORDERED:

*William C. Conner*
Sr. U.S.D.J.

dated: Jan. 30, 2008
White Plains, NY

NYDOCS1/297744.1